IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN PERALTA,<br><br>                            *Plaintiff*,<br><br>      v.<br><br>LEE ESTOCK, *et al*,<br><br>                            *Defendants.* | Civil Action No. 2:20-cv-1737<br><br>Hon. William S. Stickman IV<br>Hon. Maureen P. Kelly |

## ORDER OF COURT

*Pro se* Plaintiff Jonathan Peralta ("Peralta") brought this case alleging violations of his civil rights while in the custody of the Pennsylvania Department of Corrections ("DOC") at the State Correctional Institution at Pine Grove. He contends that corrections officers, supervisors, and the assigned health care administrator violated his Eighth Amendment rights through their deliberate indifference to his serious medical needs. (ECF No. 25). Defendants Lee Estock, Susan Berger, Captain Sheeder, C.O. Rhoades, C.O. Augustine, C.O. Diehl, C.O. Yount, C.O. Foust, and Lt. Scalia (collectively, "Defendants") filed a Motion for Summary Judgment. (ECF No. 51). After the conclusion of briefing, Magistrate Judge Maureen P. Kelly issued a March 1, 2023, Report and Recommendation recommending that Defendants' motion be granted and summary judgment be entered in favor of Defendants and against Peralta. (ECF No. 72).

The parties were given the opportunity to file objections to Magistrate Judge Kelly's Report and Recommendation by March 20, 2023. (ECF No. 72). No objections were filed. Therefore, the Court hereby ADOPTS Magistrate Judge Kelly's Report and Recommendation (ECF No. 72) as its opinion. It concurs with her thorough legal analysis and resolution of the motion.

1

AND NOW, this **28** day of March 2023, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 51) is GRANTED. A Judgment Order will follow.

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE
